**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leura G. Canary
US Attorney
PO Box 197
Montgomery, AL 36101

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Brittany Shady
B. Date of Delivery: 7-13-07
C. Signature: X Brittany [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

2:07 CV 627

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0003 0602 1841

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424