| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  Neill Thompson   B. Date of Delivery 7-13-07<br>C. Signature<br>X Neill  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to: DEA<br><br>Drug Enforcement Administration<br>2350 Fairlane Drive<br>Montgomery, Alabama 36116 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CV627 |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 3450 0003 0602 1827 |

PS Form 3811, March 2001      Domestic Return Receipt      102595-01-M-1424