**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Forfeiture Counsel
   Asset Forfeiture Section
   Office of Operations Mgt.
   Drug Enforcement Administration
   2401 Jefferson Davis Highway
   Alexandria, VA 22301

2. Article Number
   (Transfer from service label)

   7006 3450 0003 0602 1810

PS Form 3811, March 2001          Domestic Return Receipt          102595-01-M-1424

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
   *Charles [illegible]*
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   2:07 CV 627-WKW

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes