```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

Jacquard Merritt,                )
                                 )
     Plaintiff,                  )
                                 )
vs.                              )    CASE NO. 2:07cv627-WKW
                                 )
Drug Enforcement Administration  )
                                 )
     Defendant.                  )
```

## MOTION TO DISMISS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and, on behalf of defendant Drug Enforcement Administration, hereby moves this Court to dismiss this action. As grounds, the United States submits a contemporaneously filed Memorandum Brief.

Respectfully submitted this 5th day of September, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                         LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Bar Number: 7068-II58J
                    Office of the United States Attorney
                    Middle District of Alabama
                    131 Clayton Street
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney