IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JACQUARD MERRITT,

    Plaintiff,

v.   CASE NO. 2:07CV627-WKW

DRUG ENFORCEMENT ADMINISTRATION,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Drug Enforcement Administration, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

**Reportable Entity**          **Relationship to Party**

9/11/2007
Date

(Signature)
JOHN T. HARMON [HAR108]
(Counsel's Name)
Drug Enforcement Administration
Counsel for (print names of all parties)
131 Clayton Street
Montgomery, Alabama 36101-0197
Address, City, State Zip Code
(334) 223-7280
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, JOHN T. HARMON, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 11th day of September 2007, to:

all parties of record

9/11/2007
Date

Signature