IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUARD MERRITT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-627-WKW |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Upon consideration of the DEA's Motion to Dismiss (Doc. # 7), it is ORDERED that the motion is GRANTED and this case is DISMISSED. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of March, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUARD MERRITT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-627-WKW |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Upon consideration of the DEA's Motion to Dismiss (Doc. # 7), it is ORDERED that the motion is GRANTED and this case is DISMISSED. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of March, 2008.

                                      /s/  W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE