IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUARD MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0627-WKW |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of the plaintiff's Motion to Reconsider (Doc. # 16), it is ORDERED that the defendant respond in writing **on or before April 30, 2008**.

DONE this 16th day of April, 2008.

      /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE